UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Manfredi Law Group, PLLC,<br><br>                        Plaintiff,<br><br>         vs.<br><br>FIRST CHOICE AUTOMOTIVE CORP., RONIEL GUZMAN DIAZ, individually and on behalf of FIRST CHOICE AUTOMOTIVE CORP.,<br><br>                        Defendants. | 23 Civ. 1520 (JMF)<br><br>**FILED UNDER SEAL** |

# ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator; ^ thirty days after entry of this Order

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for ^, thirty days after entry of this Order, this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

-2-

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This  14th  day of   June   , 2024.
New York, New York

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The Government is directed to serve a copy of this Order upon the relator.