Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Diesel S.p.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL S.P.A.,

*Plaintiff*

v.

SCLOTHINGSTORE, SHINY_BAGS, SHOES_A1, SHOES_A4, SHOES291, SHOESFACTORYDUNK, SIJIFA5168, SIMPLEBAG, SKXL, SMALL_BAG, SMDHBAG, SNAPSHOTBAG, SNEAKERHEAD18, SNEAKERS_WOMENS, SNEAKERSHOE1, SOMEBAG, STARRYBAGS199, SUNGLASS09, SUPER_SNEAKERS8, SUPERMARKETBAG, SUPERSHERE, TABBY_BAG, TAITANNIKEHAO, TANGGUO5518, TAOTAO667, TBHOBOBAGS, TELFABAG, TELFAR007, TELFARS_BAG, THETOTEBAG, TIDYSHOES07, TIFFANYC0, TIGER011, TJ_MAXX, TOFU_BAG, TOP_BAG188, TOP1_BAGS, TOPBAG_STORE, TOPBAG2023, TOPDESIGNER_BAG88, TOPLUXURYSSTORE, TOPSALESTORE88, TORY_BAG, TORY_BURCHES, TORYS, TOTEBAG_001, TOTEBAG_DESIGNER, TOTEBAG820, TOTESBAG, TOTESS_BAGS, TRAPSTAR_BAG,

**CIVIL CASE NO. 24-cv-6170 (KPF)**

**ORDER FOR RETURN OF SECURITY BOND**

TRAVEL_BAG, TRENDYSHOEBAG99, VALENTINO_BAG, VERYGOOOOD, VICTORIAS_SECRETS, VINTAGEHANDBAG88, VIP_BAGS, VIPBAGBAG666, VIVSTYLE, VUITTONS_BAG, VVSTRONG_BAG, W188BAGS, WANGLAOJIE, WANGLEFUZHUANG, WEBAG, WEHHDS, WWJ112, XBO27, XIAOLIFEIDAO11, XIAOXIAOLG007, XIGUIFEI111, XINXIANGSHICHENG668, XLWDHGATE8866, XSP1990, XUESHENGHUI, XUEWEI001, XZOEPI, YACHEN99, YANFENG5565, YANG11221991, YANLIAO, YEEZY_SPLY_451, YESLOOK, YITONGTIANXIA158, YIYIYIDE, YOULIDUO2024, YOYO_BAG, YUCHENGYUAN, YUZHOU09, YYDS_001, ZHENGGUANG53, ZMKJ39, ZSMY2022, ZWZWU and ZYQ00,

*Defendants*

The Court, having terminated this case, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this 23 day of September, 2026.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE